## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Tommy Pililimis, | Case No. 1:13-cv-00039 |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| Simon, Eichler & Associates, LLC, et al., | |
| Defendants. | |

Now comes Plaintiff, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a), and hereby dismisses the present without prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Meier LLC

By: */s/ Richard J. Meier*
    Richard J. Meier, Esq.
    53 w. Jackson Blvd, Suite 304
    Chicago, IL 60604
    Tel: 312-242-1849
    Fax: 312-242-1841
    richard@meierllc.com
    *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served via regular U.S. Mail:

Simon, Eichler & Associates, LLC
c/o Vincent Cignarale
250 Delaware Ave, Suite 33
Buffalo, NY 14202

Christopher Hess
733 Delaware Road, Suite 255
Tonawanda, NY 14202

*/s/ Richard J. Meier*